October 10, 1980.
429 A.2d 82

Air–Shields Inc. v. Imed Corp., Appellant.
Reargument Denied Jan. 13, 1981.

Argued December 5, 1979.   George D'Angelo, for appellant;   John J. Barrett, Jr., for appellee.

Before SPAETH, CAVANAUGH and O'KICKI, JJ.*

Order affirmed.

429 A.2d 82

Commonwealth v. Allen, Appellant.

Argued December 5, 1979.   Louis Lipschitz, appellant;   Neil Kitrosser, Assistant District Attorney, for Commonwealth, appellee.

Before HESTER, MONTGOMERY, and CIRILLO, JJ.*

Judgment of sentence affirmed.

* President Judge Joseph F. O'Kicki of the Court of Common Pleas of Cambria County, Pennsylvania, is sitting by designation.

* Judge Vincent A. Cirillo, of the Court of Common Pleas of Montgomery County, Pennsylvania, is sitting by designation.